BEFORE THE FIRST DIVISION, FEBRUARY 8, 1965

**No. 69067.**—Frederick Singer & Sons and F. W. Woolworth Co. *v.* United States, protests 58/7412 and 62/17967 (New York).

Opinion by OLIVER, C.J.    In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

**No. 69068.**—Novelty Import Co. *v.* United States, protest 63/21164–16918 (New Orleans).

Opinion by OLIVER, C.J.    Since the protest was filed prior to liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 69069.**—Imported Merchandise Company *v.* United States, protests 62/11427–12917, etc. (Chicago).

Opinion by NICHOLS, J.    In accordance with stipulation of counsel that the items marked "A" consist of rattancore paper plate mats, napkin holders, and wheelbarrows similar in all material respects to those the subject of Abstract 68437 and that the items marked "B" consist of kleenex box covers the same as those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiff was sustained.